**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TONAMEKA RICHARDSON,

      Plaintiff,

v.                                      Case No.: 6:22-cv-1876-WWB-DCI

CHARTER COMMUNICATIONS, INC.,

      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion to Determine Entitlement to and Amounts of Attorneys' Fees, Costs, and Non-Taxable Expenses (Doc. 49). Therein, Plaintiff represents that the parties have agreed that Plaintiff is entitled to compensation for attorneys' fees, costs, and non-taxable expenses pursuant to the Court's Judgment (Doc. 47) in favor of Plaintiff on her claim arising under the Florida Consumer Collection Practices Act.

The parties have agreed that Plaintiff is entitled to $25,000.00 in full satisfaction of Plaintiff's claims for attorneys' fees, costs, and non-taxable expenses. It appears that this sum consists of $22,625.10 in attorneys' fees, $1,649.90 in taxable costs, and $725.00 in non-taxable costs. Pursuant to § 559.77(2), Florida Statutes and the Court's Judgment in favor of Plaintiff, the Court finds that Plaintiff is entitled to an award of attorneys' fees and taxable costs. However, Plaintiff has failed to establish her entitlement to an award of non-taxable costs and the costs of mediation are not generally taxable in this Court. *See Bales v. Bright Solar Mktg. LLC*, No. 5:21-cv-469, 2023 WL 5726434, at *4–5 (M.D.

Fla. Aug. 15, 2023), *report and recommendation adopted*, 2023 WL 5720701 (M.D. Fla. Sept. 5, 2023). Therefore, the Court will reduce the requested sum by $725.00.

Having reviewed the record of taxable expenses provided by Plaintiff (Doc. 49-1), and the representations made in the Motion regarding attorneys' fees, the Court finds the sums for attorneys' fees and taxable costs agreed to by the parties to be reasonable.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Determine Entitlement to and Amounts of Attorneys' Fees, Costs, and Non-Taxable Expenses (Doc. 49) is **GRANTED in part** as set forth herein and **DENIED** in all other respects.
2. Plaintiff is awarded $22,625.10 in attorneys' fees and $1,649.90 in taxable costs against Defendant.

**DONE AND ORDERED** in Orlando, Florida on May 16, 2024.

---

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record